No. 1113, Misc. ZAVALA *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1117, Misc. BUTTERFIELD *v.* GAZELLE. C. A. D. C. Cir. Certiorari denied.

No. 1118, Misc. O'TOOLE *v.* SCAFATI, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied.

No. 1128, Misc. SCHACK *v.* FLORIDA ET AL. C. A. 5th Cir. Certiorari denied.

No. 1172, Misc. LOVE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Leonard H. Dickstein* for the United States.

No. 483. DETENBER ET AL., ADMINISTRATRICES *v.* AMERICAN UNIVERSAL INSURANCE CO., 389 U. S. 987; *ante,* p. 917. Petition for rehearing denied.

MARCH 18, 1968.

No. 33, Orig. ARKANSAS *v.* TENNESSEE. Answer and counterclaim of the State of Tennessee referred to Special Master. [For earlier order herein, see 389 U. S. 1026.]

No. 133. KOLOD ET AL. *v.* UNITED STATES, *ante,* p. 136. Motion of the United States to modify order set for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Solicitor General Griswold* on the motion. *Edward Bennett Williams* for petitioners in opposition.